UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRIAN HARNEY, BRETT DEBOARD, and DARLA GREINER, on behalf of themselves and all others similarly situated,<br>          Plaintiffs,<br><br>     vs.<br><br>SPEEDWAY SUPERAMERICA LLC,<br>          Defendant. | 1:05-cv-1912-LJM-WTL |

### ENTRY OF FINAL JUDMENT

Through an Order dated September 13, 2007, the Court granted summary judgment in favor of Defendant, Speedway SuperAmerica, LLC, and against the Plaintiffs, Brian Harney, Brett DeBord, and Darla Greiner. Plaintiffs' claims were dismissed with prejudice. The Court also denied as moot Plaintiffs' motion to certify this cause as a class action.

Plaintiffs, Brian Harney, Brett DeBord, and Darla Greiner, shall take nothing by way of their Complaint. The parties shall bear their own costs.

DATED this 13th day of September, 2007.

_____
LARRY J. McKINNEY, CHIEF JUDGE
United States District Court
Southern District of Indiana

LAURA A. BRIGGS, CLERK
United States District Court
Southern District of Indiana

By: _____
      Deputy Clerk

Distribution attached.

**Electronically distributed to:**

William R. Groth
FILLENWARTH DENNERLINE GROTH & TOWE
wgroth@fdgtlaborlaw.com

Geoffrey S. Lohman
FILLENWARTH DENNERLINE GROTH & TOWE
glohman@fdgtlaborlaw.com

Ronald E. Weldy
ABRAMS & WELDY
weldy@abramsweldy.com